UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 8:04-cr-201-T-23MSS

WILLIE J. GRANT,
    a/k/a "Billy Brown"
    a/k/a "Bossman",

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the court on Motion of the United States of America for Entry of a Preliminary Order of Forfeiture, **which, at sentencing, shall be a final order of forfeiture as to the right, title, and interest of defendant Willie J. Grant in property subject to forfeiture.** For good cause shown, the motion of the United States is GRANTED.

The Court, being fully advised in the premises, hereby finds that the government has established the requisite *nexus* between the funds totaling approximately $1,481.00 in U.S. currency seized on or about March 9, 2004 at 1232 20th Avenue South, St. Petersburg, FL; approximately $18,289.00 in U.S. Currency seized on or about May 28, 2004 at 1833 63rd Terrace South, St. Petersburg, FL; the 1999 BMW 323i, VIN: WBAAM3333XFP51856; the 1997 Chevrolet Tahoe, VIN: 1GNEK13R7VJ425580; the 2000 Ford Taurus, VIN: 1FAFP55S8YA244228; the 1991 Wellcraft 17' Boat, FL# FL3929GL, HIN: WELD55831091; the 2001 Performance Trailer, VIN: 40ZBP19131PP77268 and the illegal drug activity to which defendant Willie J. Grant

pled guilty in Counts One and Four of the Superseding Indictment. Accordingly, these items are subject to forfeiture pursuant to the provisions of 21 U.S.C. § 853.

In addition, the Court finds that the government has established the requisite *nexus* between the weapons identified below and the crime of using a weapon in furtherance of a drug crime, to which defendant Willie J. Grant pled guilty as charged in Count Five of the Superseding Indictment, and, therefore, the following weapons are subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1):

a. One Davis, .38 Caliber handgun, Model Derringer, serial number D086132 seized on or about March 9, 2004 at 1232 20th Avenue South, St. Petersburg, FL;

b. One Colt, .45 caliber pistol, Model 1911 A1, serial number 58075G70 seized on or about March 9, 2004 at 1232 20th Avenue South, St. Petersburg, FL;

c. One Hi Point, 9 mm pistol, Model C9mm, serial number P068373 seized on or about March 9, 2004 at 1232 20th Avenue South, St. Petersburg, FL;

e. a Glock, .40 caliber pistol, Model 35, serial number DBD233US seized on or about May 28, 2004 at 1833 63rd Terrace South, St. Petersburg, FL.;

f. a Keltec P-32 .32 caliber handgun, serial number 112170 seized on or about May 28, 2004 at 1833 63rd Terrace South, St. Petersburg, FL.; and

g. an I.A.G. Galesi, .25 caliber pistol, Model 8, serial number 163874 seized on or about May 28, 2004 at 1833 63rd Terrace South, St. Petersburg, FL.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that all right, title and interest of defendant Willie J. Grant in the property listed below are hereby condemned and forfeited to the United States of America for disposition according to law pursuant to the

provisions of 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1):

a. a Davis, .38 Caliber handgun, Model Derringer, serial number D086132 seized on or about March 9, 2004 at 1232 20th Avenue South, St. Petersburg, FL;

b. a Colt, .45 caliber pistol, Model 1911 A1, serial number 58075G70 seized on or about March 9, 2004 at 1232 20th Avenue South, St. Petersburg, FL;

c. a Hi Point, 9 mm pistol, Model C9mm, serial number P068373 seized on or about March 9, 2004 at 1232 20th Avenue South, St. Petersburg, FL;

d. approximately $1,481 in U.S. currency seized on or about March 9, 2004 at 1232 20th Avenue South, St. Petersburg, FL;

e. a Glock, .40 caliber pistol, Model 35, serial number DBD233US seized on or about May 28, 2004 at 1833 63rd Terrace South, St. Petersburg, FL.;

f. a Keltec P-32 .32 caliber handgun, serial number 112170 seized on or about May 28, 2004 at 1833 63rd Terrace South, St. Petersburg, FL.;

g. an I.A.G. Galesi, .25 caliber pistol, Model 8, serial number 163874 seized on or about May 28, 2004 at 1833 63rd Terrace South, St. Petersburg, FL.;

h. approximately $18,289 in U.S. Currency seized on or about May 28, 2004 at 1833 63rd Terrace South, St. Petersburg, FL;

i. a 1999 BMW 323I, VIN: WBAAM3333XFP51856;

j. a 1997 Chevrolet Tahoe, VIN: 1GNEK13R7VJ425580;

k. a 2000 Ford Taurus, VIN: 1FAFP55S8YA244228;

l. a 1991 Wellcraft 17' Boat, FL# FL3929GL, HIN: WELD55831091; and

m. a 2001 Performance Trailer, VIN: 40ZBP19131PP77268.

The Court shall retain jurisdiction to enter any orders necessary for the forfeiture and disposition of the subject listed above and to entertain any third party claims that

may be asserted in these proceedings.

    **DONE** and **ORDERED** in Chambers in Tampa, Florida, this \_\_\_6th\_\_\_ day of \_\_\_July\_\_\_, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to: Tonya L. Shotwell, SAUSA
             Attorneys of Record